## TERRY v. COKER.

No. 3625. Opinion Filed February 10, 1914.

(138 Pac. 814.) ·

APPEAL AND ERROR—Failure to File Brief—Dismissal. Where plaintiffs in error file no brief, as required by rule 7 of this court (38 Okla. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from County Court, Le Flore County;*
*P. C. Bolger, Judge.*

Action by Troy Coker, by his father and next friend, Ed Coker, against George W. Terry. Judgment for plaintiff. and defendant brings error. Dismissed.

*Tom W. Neal,* for plaintiff in error.

*Hale & Lunsford,* for defendant in error.

Miles v. Bird.

Opinion by BREWER, C. The petition in error and transcript of the record in this case was filed in this court February 23, 1912. The plaintiff in error has failed to file any brief in the cause, as required by rule 7 of this court (38 Okla. vi). The petition in error shall therefore be dismissed for want of prosecution. *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200, and cases cited.

By the Court: It is so ordered.